# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| United States of America, | ) | |
|---|---|---|
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Harold Hank Bolman, | ) | Case No. 1:17-cr-035 |
| Defendant. | ) | |

Finding that defendant was financially able to contribute to the cost of his defense, the court issued an order on March 23, 2017, that directed defendant to make monthly payments of $200.00 to the Clerk's office until this case had concluded.[1]

On August 6, 2018, the court entered judgment against defendant. On August 15, 2018, defendant filed notice of his appeal of this court's judgment with the Eighth Circuit. On September 20, 2018, the Clerk advised the court that it received defendant's latest monthly installment.

Although this case is now on appeal, it concluded for purposes of this court's order requiring monthly contributions from defendant on the last day of August 2018. Accordingly, defendant is no longer required to make his monthly payment to the Clerk's office to offset the cost of his defense. Funds that the Clerk's office received from defendant in September 2018 may be applied to defendant's restitution obligation.

**IT IS SO ORDERED.**

Dated this 20th day of September, 2018.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court

---

[1] The order further provided that this payment was due by the last day of every month. (Doc. No. 10).